IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | |
| ALAN WOLLMAN INSURANCE TRUST, | ) | |
| ALAN WOLLMAN AND FAMILY, DECEMBER | ) | |
| 2005, and its trustee, WILMINGTON TRUST | ) | |
| COMPANY, and ALAN P. WOLLMAN | ) | |
| IRREVOCABLE LIFE INSURANCE TRUST, and | ) | |
| its trustee, JEFFREY M. BOYER, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PHL Variable Insurance Company hereby states as follows:

PHL Variable Insurance Company is a wholly owned subsidiary of PM Holdings, Inc., a Connecticut corporation. PM Holdings, Inc. is a wholly owned subsidiary of Phoenix Life Insurance Company. Phoenix Life Insurance Company is a wholly owned subsidiary of The Phoenix Companies, Inc., whose stock is publicly traded.

No parent corporation or publicly held corporation owns 10% or more of The Phoenix Companies, Inc.'s stock.

                                      ASHBY & GEDDES

                                      /s/ *signature*

                                      Richard D. Heins (I.D. #3000)
                                      Tiffany Geyer Lydon (I.D. #3950)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, DE 19899
                                      (302) 654-1888
                                      rheins@ashby-geddes.com
                                      tlydon@ashby-geddes.com

                                      *Attorneys for Plaintiff PHL Variable Insurance Company*

*Of Counsel:*

David T. McDowell
Thomas F.A. Hetherington
Jarrett E. Ganer
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300

Dated: January 25, 2008
187616.1

- 2 -