⬛AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PHL VARIABLE INSURANCE COMPANY

V.

ALAN WOLLMAN INSURANCE TRUST, ALAN
WOLLMAN AND FAMILY, DECEMBER 2005, and
its trustee, WILMINGTON TRUST COMPANY,
and ALAN P. WOLLMAN IRREVOCABLE LIFE
INSURANCE TRUST, and its trustee,
JEFFREY M. BOYER

**ALIAS**
## SUMMONS IN A CIVIL CASE

CASE NUMBER:    ⁻ 0 8 ⁻ 5 3 ⁻ ⚊

TO: (Name and address of Defendant)

Alan P. Wollman Irrevocable Life Insurance Trust
c/o Jeffrey M. Boyer, Trustee
42 Reads Way, Suite 112
New Castle, DE  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Heins
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

January 25, 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 25, 2008 | |
| NAME OF SERVER (PRINT)<br>Kevin Lally | TITLE<br>Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 42 Reads Way, Suite 112, New Castle DE  19720

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 25, 2008    _____
                        Date                    Signature of Server

_____
Address of Server

Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.