AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PHL VARIABLE INSURANCE COMPANY

**ALIAS**

**SUMMONS IN A CIVIL CASE**

V.

ALAN WOLLMAN INSURANCE TRUST, ALAN WOLLMAN AND FAMILY, DECEMBER 2005, and its trustee, WILMINGTON TRUST COMPANY, and ALAN P. WOLLMAN IRREVOCABLE LIFE INSURANCE TRUST, and its trustee, JEFFREY M. BOYER

CASE NUMBER:  08 - 53

TO: (Name and address of Defendant)

Jeffrey M. Boyer, Esquire
42 Reads Way, Suite 112
New Castle, DE  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Heins
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

January 25, 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  January 25, 2008 |
| NAME OF SERVER (PRINT)  Kevin Lally | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 42 Reads Way, Suite 112, New Castle DE 19720

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 25, 2008        *[signature]*
                  Date                          Signature of Server

Address of Server

Parcels, Inc.
230 N. Market Street
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.