## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>ALAN WOLLMAN INSURANCE TRUST,<br>ALAN WOLLMAN AND FAMILY,<br>DECEMBER 2005, and its trustee,<br>WILMINGTON TRUST COMPANY, and<br>ALAN P. WOLLMAN IRREVOCABLE LIFE<br>INSURANCE TRUST, and its trustee,<br>JEFFREY M. BOYER,<br><br>    Defendants. | C.A. NO.:  08-53-JJF |

### STIPULATION EXTENDING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADINGS

**IT IS HEREBY STIPULATED AND AGREED** between the parties hereto, by their

undersigned counsel, that:

WHEREAS, counsel for Defendants the Alan Wollman Insurance Trust, Alan Wollman

And Family, December 2005, and Wilmington Trust Company respectfully request additional

time to consider how they will respond to the Complaint in the above action, and to consult with

their clients as to their proposed course of action; and

WHEREAS, there have been no prior requests to extend this answer deadline;

NOW, THEREFORE, IT IS RESOLVED SUBJECT TO THE COURT'S APPROVAL,

that the time for the Defendants to file pleadings responsive to the Plaintiff's Complaint for

Declaratory Judgment (the "Complaint") is extended by twenty (20) days, to and including

March 5, 2008.

*[Signatures on Following Page]*

SL1 794383v1/000000.00000

2

By: */s/ Tiffany Geyer Lydon*         .
Richard D. Heins (#3000)
Tiffany Geyer Lydon (#3950)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (Telephone)
(302) 654-2067 (Facsimile)
rheins@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff PHL Variable Insurance
Company*

*Of Counsel:*

David T. McDowell
Thomas F.A. Heatherington
Jarrett E. Ganer
BRACEWELL & GIULIANI LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 (Telephone)
(713) 221-1212 (Facsimile)

By: */s/ Joseph Grey*             .
Joseph Grey (#2358)
STEVENS & LEE, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE  19801
(302) 654-6180 (Telephone)
(302) 654-5181 (Facsimile)
jg@stevenslee.com

*Attorneys for the Alan Wollman Insurance Trust,
Alan Wollman And Family, December 2005, and
Wilmington Trust Company as Trustee*

*Of Counsel:*

Brian P. Brooks
Kyra A. Grundeman
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

 Dated:  February _____, 2008

 SO ORDERED:  _____
                        Joseph J. Farnan, Jr., Judge

2

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that, on this 11th day of February, 2008, I caused true and correct copies of the foregoing Stipulation to be served by first class United States mail, postage prepaid, upon the Defendants who are not signatories to the Stipulation at the following addresses:

> The Alan P. Wollman Irrevocable Life Insurance Trust
> c/o Jeffrey M. Boyer, Esquire
> 42 Reads Way, Suite 112
> New Castle, DE  19720
>
> and
>
> Jeffrey M. Boyer, Esquire
> 42 Reads Way, Suite 112
> New Castle, DE  19720

> _/s/ Joseph Grey_
> Joseph Grey

1

SL1 794383v1/000000.00000