IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>ALAN WOLLMAN INSURANCE TRUST, ALAN WOLLMAN AND FAMILY, DECEMBER 2005, and its trustee, WILMINGTON TRUST COMPANY, and ALAN P. WOLLMAN IRREVOCABLE LIFE INSURANCE TRUST, and its trustee, JEFFREY M. BOYER,<br><br>Defendants. | C.A. NO.: 08-53-JJF |

## DISCLOSURE STATEMENT OF DEFENDANTS ALAN WOLLMAN INSURANCE TRUST, ALAN WOLLMAN AND FAMILY, DECEMBER 2005 AND WILMINGTON TRUST COMPANY

Defendants Alan Wollman Insurance Trust, Alan Wollman and Family, December 2005 ("Wollman Trust") and Wilmington Trust Company, Trustee ("Wilmington Trust"), by and through their undersigned attorneys, certify pursuant to Fed. R. Civ. P. 7.1 as follows:

1. Wollman Trust has no parent corporation. The settlor of the Wollman Trust is Alan Wollman.

2. Wilmington Trust is a Delaware chartered bank with trust powers. Wilmington Trust is a wholly-owned subsidiary of a Wilmington Trust Corporation, a publicly traded company listed on the New York Stock Exchange.

*[Signature On Following Page]*

Dated: February 22, 2008        STEVENS & LEE, P.C.

By: _____
Joseph Grey (#2358)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
(302) 654-6180 (Telephone)
(302) 654-5181 (Facsimile)
jg@stevenslee.com

*Attorneys for the Alan Wollman Insurance Trust, Alan Wollman and Family, December 2005, and Wilmington Trust Company as Trustee*

*Of Counsel:*

Brian P. Brooks
Kyra A. Grundeman
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

2

SL1 797259v1/000000.00000

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 22nd day of February, 2008, I caused true and correct copies of the foregoing Disclosure Statement to be served by first class United States mail, postage prepaid and addressed as follows:

> The Alan P. Wollman Irrevocable Life Insurance Trust
> c/o Jeffrey M. Boyer, Esquire
> 42 Reads Way, Suite 112
> New Castle, DE 19720
>
> Jeffrey M. Boyer, Esquire
> 42 Reads Way, Suite 112
> New Castle, DE 19720
>
> Richard D. Heins (#3000)
> Tiffany Geyer Lydon (#3950)
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899
>
> and
>
> David T. McDowell
> Thomas F.A. Heatherington
> Jarrett E. Ganer
> BRACEWELL & GIULIANI LLP
> South Tower Pennzoil Place
> 711 Louisiana, Suite 2300
> Houston, Texas 77002

_____
Joseph Grey