IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : C.A. NO.: 08-53-JJF |
| ALAN WOLLMAN INSURANCE TRUST, ALAN WOLLMAN AND FAMILY, DECEMBER 2005, and its trustee, WILMINGTON TRUST COMPANY, and ALAN P. WOLLMAN IRREVOCABLE LIFE INSURANCE TRUST, and its trustee, JEFFREY M. BOYER, | : TRIAL BY JURY OF 12 DEMANDED |
| Defendants. | : |

**DISCLOSURE STATEMENT OF DEFENDANT ALAN P.
WOLLMAN IRREVOCABLE LIFE INSURANCE TRUST**

Defendant, ALAN P. WOLLMAN IRREVOCABLE LIFE INSURANCE TRUST (the "Trust"), by and through its undersigned attorneys, certifies pursuant to Fed. R. Civ. P. 7.1 that the Trust has no parent corporation nor any stock.

Date:  March 5, 2008                                                  SMITH, KATZENSTEIN & FURLOW LLP

OF COUNSEL:
Peter Jakab
FEIN & JAKAB
The Woolworth Building
233 Broadway, Suite 930
New York, NY 10279
212/732-9290 - phone
212/227-6479 - fax
pjakab@earthlink.net – e-mail

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400 - phone
302-652-8405 - fax
rjk@skfdelaware.com - e-mail
Attorneys for Defendant, Alan P. Wollman
Irrevocable Life Insurance Trust

{08702|PLDG|10039520.DOC}