# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 20, 2008

The Honorable Joseph J. Farnan           *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *PHL Variable Ins. Co. v. Alan Wollman Insurance Trust, et al.*
            C.A. No. 08-53-JJF

Dear Judge Farnan:

    The parties to the above action jointly submit the enclosed proposed Scheduling Order for the Court's consideration. The parties are available at the Court's convenience should Your Honor have any questions about the enclosed Order.

                                         Respectfully,

                                         */s/ Tiffany Geyer Lydon*

                                         Tiffany Geyer Lydon

Enclosure

    c:    Joseph Grey, Esquire (by hand; w/enclosure)
           Robert J. Katzenstein, Esquire (by hand; w/enclosure)

{00236045;v1}