IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>ALAN WOLLMAN INSURANCE TRUST,<br>ALAN WOLLMAN AND FAMILY,<br>DECEMBER 2005, and its trustee,<br>WILMINGTON TRUST COMPANY, and<br>ALAN P. WOLLMAN IRREVOCABLE LIFE<br>INSURANCE TRUST, and its trustee,<br>JEFFREY M. BOYER,<br><br>    Defendants. | C.A. NO.:  08-53-JJF |

## DEFENDANTS' NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Defendants Alan Wollman Insurance Trust, Alan Wollman and Family, December 2005 and Wilmington Trust Company, as Trustee personally served a subpoena upon Mr. Alan P. Wollman on August 4, 2008 at 7:43 p.m., prevailing local time, at 2733 Olivia Heights Avenue, Henderson, Nevada  89502-7036.  The subpoena commanded Mr. Wollman to produce and permit inspection of documents or objects identified therein.

Dated: August 26, 2008    STEVENS & LEE, P.C.


By: */s/ Joseph Grey*
Joseph Grey (Id No. 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
(302) 654-6180 (Telephone)
(302) 654-5181 (Facsimile)
jg@stevenslee.com

*Attorneys for the Alan Wollman Insurance Trust, Alan Wollman and Family, December 2005, and Wilmington Trust Company as Trustee*

*Of Counsel:*

Brian P. Brooks
Kyra A. Grundeman
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (Telephone)
(202) 383-5414 (Facsimile)

2

# CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 26th day of August, 2008, I caused true and correct copies of the foregoing Notice of Service to be served by first class United States mail, postage prepaid and addressed as follows:

| | |
|---|---|
| The Alan P. Wollman Irrevocable Life Insurance Trust<br>c/o Jeffrey M. Boyer, Esquire<br>42 Reads Way, Suite 112<br>New Castle, DE  19720 | Richard D. Heins, Esquire<br>Tiffany Geyer Lydon, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Jeffrey M. Boyer, Esquire<br>42 Reads Way, Suite 112<br>New Castle, DE  19720 | David T. McDowell, Esquire<br>Thomas F.A. Heatherington, Esquire<br>Jarrett E. Ganer, Esquire<br>BRACEWELL & GIULIANI LLP<br>South Tower Pennzoil Place<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002 |
| Michael B. Wolk, Esquire<br>Life Spring Brokerage, LLC<br>90 Park Avenue<br>Suite 1600<br>New York, NY 10016 | Robert J. Katzenstein, Esquire<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899 |

                                        */s/ Joseph Grey*
                                        Joseph Grey